FILED

2016 Oct-17  AM 10:42
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ALABAMA NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **JERRY WADE MOORE,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CV:  5:15-CV-02117-MHH** |
| | ) | |
| **REDDY ICE CORPORATION,** | ) | **ORAL ARGUMENT** |
| | ) | **REQUESTED** |
| **Defendant.** | ) | |

## DEFENDANT REDDY ICE CORPORRATION'S FIRST AMENDED MOTION FOR SUMMARY JUDGMENT

COMES NOW the defendant Reddy Ice Corporation and files its First Amended Motion for Summary Judgment by submitting the following additional Exhibits:

1.   Exhibit D – The complete transcript of the deposition of Plaintiff Moore:

2.   Exhibit E – Plaintiff Moore's Deposition, Exhibit 2 - photograph;

3.   Exhibit F – Plaintiff Moore's Deposition, Exhibit 3 - photograph;

4.     Exhibit  G  –  Plaintiff  Moore's  Deposition,  Exhibit  5  - photograph;

5.     Exhibit  H  –  Plaintiff  Moore's  Deposition,  Exhibit  6  - photograph;

6.     Exhibit  I  –  Plaintiff  Moore's  Deposition,  Exhibit  7  - photograph; and

7.     Exhibit  J  –  Plaintiff  Moore's  Deposition,  Exhibit  8  - photograph.

WHERFORE,  premises  considered  this  defendant  requests  this Honorable Court to grant this defendant's Motion for Summary Judgment and  dismiss  each  and  every  count  of  plaintiff's  complaint  against  this defendant.

/s/ W. Scott McGarrah, III
**W. SCOTT MCGARRAH, III (MCG005)**

/s/ Teresa D. Davenport
**TERESA D. DAVENPORT (DAV074)**
Attorneys   for   Defendant,   Reddy   Ice Corporation

**OF COUNSEL:**

ALLEN & NEWMAN, PLLC
Post Office Box 43548
Birmingham, AL 35243
(205) 972-8989

## CERTIFICATE OF SERVICE

I hereby certify that I have this the __17th____ day of <u>October,</u> 2016, served a copy of the foregoing on the following attorneys of record:

Derrick A. Mills, Esq.
Marsh, Rickard & Bryan, P. C.
800 shades Creek Parkway, Suite 600-D
Birmingham, Alabama 35209

/s/ W. Scott McGarrah, III
OF COUNSEL
